[No. 24304–7–I.   Division One.   April 23, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN RICHARDSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–01065–4, Charles V. Johnson, J., entered

May 22, 1989. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield and Pekelis, JJ.